UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jermaine Deleston,

          Plaintiff,

-against-

Milk Burger Inc., et al.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/26/2019

1:19-cv-10740 (PGG) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The Plaintiff shall appear via Telephone for a conference in the above-captioned matter on Thursday, January 16, 2020, at 2:15 p.m. During the conference, the Plaintiff should be prepared to discuss the next steps in the case, including whether obtaining certificates of default is appropriate. Plaintiff shall call the Court's conference line at 212-805-0110 at the scheduled time.

In addition, Plaintiff shall serve this Order upon Defendants and, no later than Monday, December 30, 2019, file a certificate of service on the docket indicating same.

**SO ORDERED.**

DATED:    New York, New York
              December 26, 2019

_____
STEWART D. AARON
United States Magistrate Judge