UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jermaine Deleston,

                Plaintiff,

-against-

Milk Burger Inc., et al.,

                Defendants.

1:19-cv-10740 (PGG) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2020

**STEWART D. AARON, United States Magistrate Judge:**

This action was filed on November 20, 2019 (ECF No. 1), Defendants were served on November 29, 2019, and they were to answer or otherwise respond by December 20, 2019. (ECF Nos. 8 & 9.) Defendants did not appear or answer by December 20, 2019 and as a result, on December 26, 2019, the Court scheduled a telephone conference to discuss "the next steps in the case, including whether obtaining certificates of default is appropriate." (ECF No. 10.) Thereafter, on January 3, 2020, Plaintiff obtained a clerk's certificate of default. (ECF No. 14.)

Today, however, counsel for the Defendants appeared in this action, and Plaintiff consented to extending Defendants' time to answer or otherwise respond to the complaint. (*See* ECF Nos. 16-20.) Accordingly, the telephone conference currently scheduled for Thursday, January 16, 2020, at 2:15 p.m. before the undersigned is cancelled.

An Order scheduling an Initial Pretrial Conference will follow this one.

**SO ORDERED.**

DATED: New York, New York
January 14, 2020

_____
STEWART D. AARON
United States Magistrate Judge

0235/99999-702 CURRENT/60595048v1