Mindy Kallus, Esq.
3220 Netherland Ave., Suite 5D
Bronx, New York 10463
(646)954-1816
kallusesq@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020

January 21, 2020

(VIA ECF)
Judge Paul G.Gardephe, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 705
New York, New York 10007

Re: *Jermaine Deleston v. Milk Burger Inc. d/b/a Milk Burger and 148 Bruckner LLC,* 1:19-cv-10740-PGG-SDA

Dear Judge Gardephe,

As an attorney with the Law Offices of Michael Chong I represented Defendants Milk Burger Inc. And 148 Bruckner LLC in this action. Due to a change in circumstances, I am no longer associated with Mr. Chong. Accordingly, I respectfully move to withdraw as counsel for Defendants. Defendants will not be prejudiced as Mr. Chong represented Defendants from the outset of this action.

Very Truly Yours,

/s/Mindy Kallus

To: All Counsel (VIA ECF)

Request GRANTED. The Clerk of the Court shall terminate the appearance of attorney Mindy Kallus. SO ORDERED.
Dated: January 22, 2020