

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL: MKC@MKCLAWGROUP.COM

January 24, 2020

*Via ECF; Total Pages: 1*
Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2020
```

    Re:    Deleston v. Milk Burger Inc., et al.
              Docket No.: 1:19-cv-10740-PGG-SDA

Dear Judge Aaron:

    This office represents Defendants in the above referenced matter. I respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for Wednesday, February 26, 2020, at 10:30 a.m. I have a previously scheduled matter that cannot be rescheduled.

    I have conferred with Plaintiff's counsel, and they consent to this rescheduling request. The parties submit March 25, 2020, March 27, 2020 and March 30, 2020 for the Court's consideration for rescheduling. This is the first request for an adjournment in this matter.

    Thank you for your consideration and kind courtesies in addressing this matter.

                                             Respectfully submitted,

                                             *Michael K. Chong*

                                             Michael K. Chong, Esq.

MKC/cl
cc: Erik Mathew Bashian, Esq., Bashian & Papantoniou, P.C.

Request GRANTED. The Initial Pretrial Conference in this matter, currently scheduled to take place on February 26, 2020, is hereby adjourned until Monday, March 30, 2020 at 11:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007. SO ORDERED.
Dated: January 27, 2020

*Stewart D. Aaron*