

**MKC LAW GROUP**

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL: YR@MKCLAWGROUP.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020
```

March 19, 2020

<u>Via ECF; Total Pages: 1</u>
Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

> The Parties' motion is DENIED. In light of public health developments, the initial conference scheduled for March 30, 2020 at 11:00 a.m. shall go forward by telephone. At the scheduled time, the parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.
> Dated: March 19, 2020
> 
> *Stewart D. Aaron*

    Re:    Deleston v. Milk Burger Inc., et al.
              Docket No.: 1:19-cv-10740-PGG-SDA

Dear Judge Aaron:

    This office represents Defendants in the above referenced matter. We write jointly with Plaintiff's counsel to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for Monday, March 30, 2020 at 11:00 a.m. This is the second request for an adjournment and the prior request was granted.

    The reason for the request is two-fold. The current national health emergency has dictated that offices shift to working remotely and avoiding any unnecessary travel. The parties believe it would be in everyone's best interests to avoid having an in-person conference. In the interim, the parties are also engaged in significant settlement discussions and are hopeful they can settle this matter if allowed additional time to continue negotiation. The parties propose to adjourn the Initial Conference until April 14, 2020.

    Thank you for your consideration and kind courtesies in addressing this matter.

                                                Respectfully submitted,

                                               *Yolanda Rivero*
                                               Yolanda Rivero, Esq.

CC: Erik Mathew Bashian, Esq., Sibel Cagatay, Esq.
     (*Attorneys for Plaintiff*)