UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jermaine Deleston,

                Plaintiff,

-against-

Milk Burger Inc., et al.,

                Defendants.

1:19-cv-10740 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby ORDERED that:

1. The proposed case management plan filed by the parties on March 19, 2020 (*see* ECF No. 32) will not be entered at this time; and

2. The parties shall appear for a telephonic status conference on April 20, 2020 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
              March 30, 2020

_____
STEWART D. AARON
United States Magistrate Judge